IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robison, James W

Printed: 01/22/09

Case Number: 07 B 07767
Judge: Squires, John H
Filed: 4/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 10, 2008
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,000.00 |  |
| Secured: |  | 5,038.17 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 610.00 |
| Trustee Fee: |  | 351.83 |
| Other Funds: |  | 0.00 |
| Totals: | 6,000.00 | 6,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Karen Walin | Administrative | 1,200.00 | 610.00 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 4. | Regional Acceptance | Secured | 13,709.06 | 4,534.95 |
| 5. | Bank Of New York | Secured | 7,218.16 | 503.22 |
| 6. | ECast Settlement Corp | Unsecured | 260.49 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,343.04 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 3,574.88 | 0.00 |
| 9. | Capital One | Unsecured | 1,946.86 | 0.00 |
| 10. | Nicor Gas | Unsecured | 700.94 | 0.00 |
| 11. | Biehl & Biehl | Unsecured |  | No Claim Filed |
| 12. | Biehl & Biehl | Unsecured |  | No Claim Filed |
| 13. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Penn Credit Corp | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 29,953.43 | $ 5,648.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 187.43 |
| 6.5% | 164.40 |
|  | $ 351.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Robison, James W | Case Number:  07 B 07767 |
| | Judge:  Squires, John H |
| Printed: 01/22/09 | Filed:  4/30/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

